**620**

Opinion filed January 15, 1934.
Cassels, Potter & Bentley, for appellant; Ralph F. Potter, John D. DeFoe and E. Douglas Schwantes, of counsel. Michael L. Carmody, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

The New York, New Haven and Hartford Railroad Company, appellee, v. W. P. Cooney and T. S. Korshak, trading as Cooney & Korshak, and Maryland Casualty Company, appellant. Gen. No. 37,142.

Opinion filed January 15, 1934. Rehearing denied January 29, 1934.

O'Connell, McGlinn & O'Gallagher, for appellant. Hay & Brown and Erwin W. Roemer, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Lamson and Goodnow Manufacturing Company, appellee, v. L. P. Larson, Jr. Company, appellant. Gen. No. 37,169.

Opinion filed January 15, 1934. Rehearing denied January 29, 1934.

Edward T. Heineman and Henry K. Loeb, for appellant. Abrams & Abrams, for appellee; Abraham H. Maller and Irving I. Abrams, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

William S. Kuhn, Jr., appellee, v. William Van Doren Wright et al., appellants. Gen. No. 36,803.

Opinion filed January 15, 1934.

Winston, Strawn & Shaw, for appellants; Edward W. Everett and Charles J. Calderin, of counsel. Mayer, Meyer, Austrian & Platt, for appellee; Frederic Burnham and Miles G. Seeley, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

The People of the State of Illinois ex rel. Gertrude Cummings, appellee, v. Emmet Whealan et al., appellants. Gen. No. 36,985.

 Opinion filed January 15, 1934. Rehearing denied January 29, 1934.

Thomas J. Courtney, State's Attorney, for appellants; Hayden N. Bell, Robert S. Cushman and Jacob Shamberg, Assistant State's Attorneys, of counsel. R. E. Blackwood, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

National Bond and Investment Company, defendant in error, v. Frank Tafel, Jr., plaintiff in error. Gen. No. 37,008.

Opinion filed January 15, 1934.

W. G. Anderson, for plaintiff in error. John W. Creekmur, Nolan H. Tepper and Milton Silberg, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

Rusnak Brothers, Inc., appellant, v. H. A. MacTavish and Mrs. H. A. MacTavish, appellees. Gen. No. 37,035.

Opinion filed January 15, 1934.

Klayf & Sonnenschein, for appellant; Clyde C. Fisher, of counsel. No appearance for appellees.

Mr. Justice McSurely delivered the opinion of the court.

Cornelius Marks, appellee, v. Jones Transfer Company, appellant. Gen. No. 37,038.

Opinion filed January 15, 1934.

Joseph H. Hinshaw, for appellant; Oswell G. Treadway, of counsel. A. L. Williams, for appellee; George H. Sugrue, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Virginia Thompson, a minor, by her next friend, James Thompson, appellee, v. Joseph Guaranguano and Jefferson Ice Company, defendants, on appeal of Jefferson Ice Company, appellant. Gen. No. 37,047.

 Opinion filed January 15, 1934. Rehearing denied January 27, 1934.

Sanders, Childs, Bobb & Wescott, for appellant; W. L. Bourland and F. M. Hartman, of counsel. Finn & Miller, for appellee.

Mr. Justice McSurely delivered the opinion of the court.